IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE BAUMEISTER | : CIVIL ACTION |
| v. | : |
| TRUMP TAJ MAHAL CASINO AND RESORT, LLC | : NO. 09-4267 |

**ORDER**

**FILED**
NOV 17 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**AND NOW**, this 17th day of November, 2011, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

11/17/11
Trump Taj Mahal

ENTERED
NOV 17 2011
CLERK OF COURT